# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**John Ley**
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

FILED by H.H. D.C.

NOV 21 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

November 16, 2011

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 08-15868-P**
Case Style: Harold Lee Harvey, Jr. v. Warden, Union Correction
District Court Number: 08-14036 CV-WPD

The Supreme Court has denied certiorari. The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

John Ley, Clerk of Court

Reply To: Jenifer Tubbs (404) 335-6166

c: District Court Judge

MDT-4 (04-2007)

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

November 14, 2011

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

NOV 14 2011

JOHN LEY
CLERK

Re: Harold Lee Harvey, Jr.
v. Barry Reddish, Warden, et al.
No. 11-295
(Your No. 08-15868)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk